**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:                                                                    Case No. 19-19495-RAM

LORINIE N. HUERTAS                                              Chapter 13
SSN: XXX-XX-5197
_____Debtor_____/

**MOTION TO EXTEND THE DEADLINE FOR OBJECTING TO DISCHARGE**

**COMES NOW THE CREDITOR, WORLD O WORLD CORPORATION**, ("CREDITOR") by and through undersigned counsel, and files this Motion to Extend the Deadline for Objecting to Discharge and states as follows:

1. The debtor filed a skeleton petition Chapter 7 case on July 17, 2019.

2. On August 6, 2019, the case was dismissed pursuant to 11 U.S.C. § 105(a) for failure to file required documents not filed with the skeleton filing [DE# 09].

3. The information filed in the bankruptcy case on August 16, 2019 at the time of the filing of the motion to reinstate, is deficient pursuant to §521.

4. On September 9, 2019, the Chapter 7 case was Reinstated [DE# 19].

5. The 341 Meeting of Creditors, the fourth scheduled in this case, was held and concluded on November 12, 2019.

6. The Debtor testified at the 341 Meeting of Creditors that she is married and resides with her non-filing spouse but did not include any income from the non-filing spouse on her schedules. This may be a factor in qualifying for a Chapter 7 or a Chapter 13.

7. Additionally, the Debtor did not include any business information on her schedule B or in the Statement of Financial Affairs, even though her 2018 Income Tax Return shows income received from a business.

8. Furthermore, the Debtor did not include page 2 of Schedule J Expenses despite Debtor's counsel testifying that he would file the missing document.

9. Due to the debtor's delay in providing information which should have been included in her original schedules, the Creditor, World-O-World Corp requires additional time in which to investigate the financial dealings of the debtor.

10. The current deadline for filing objections to the debtor's discharge in connection with this case is December 2, 2019. The Creditor requests a 60-day extension of this deadline to February 2, 2019.

11. F.R.B.P. 9006(b) provides that the Court may, for cause shown, before expiration of the time originally prescribed or as extended, enter an order enlarging time. For the above reasons, good cause has been demonstrated.

**WHEREFORE**, the Creditor respectfully requests that the Court:

1. Extend the deadline for filing objections to the Debtor's discharge to February 2, 2018 together with any other relief the Court deems appropriate under the facts.

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(b)(1)

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

/s/David Tybor, Esq.
Attorney for "CREDITOR"
Gonzalez & Tybor P.A.
9000 Sheridan St. #95
Hollywood, FL 33024
Tel: (954)378-8184
Fax: (305)873-8679
david@gtlawyers.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent electronically or via U.S. Mail to the following, this 27th day of November 2019.

**Via Electronic Notice:**

Ralph S. Francois, Esq. on behalf of Debtor Lorinie N Huertas
lawyerfrancois@gmail.com, lawrfrancois@yahoo.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Gavin N Stewart on behalf of Creditor Specialized Loan Servicing LLC
bk@stewartlegalgroup.com

Joel L Tabas
JLT@tfsmlaw.com, kborrego@tabassoloff.com;jcepero@tabassoloff.com;lshortino@tabassoloff.com;jlt@trustesolutions.net

Joel L Tabas, Esq on behalf of Trustee Joel L Tabas
jtabas@tabassoloff.com, jcepero@tabassoloff.com;kborrego@tabassoloff.com

                                                /s/David Tybor, Esq.
                                                Attorney for "CREDITOR"
                                                Gonzalez & Tybor P.A.
                                                9000 Sheridan St. #95
                                                Hollywood, FL 33024
                                                Tel: (954)378-8184
                                                Fax: (305)873-8679
                                                david@gtlawyers.com