UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                             CASE NO.: 19-19495-BKC-RAM
                                                                    Chapter 7
**LORINIE N. HUERTAS**
SSN: XXX-XX-5197

_____Debtor._____/

**JOEL L. TABAS, TRUSTEE'S MOTION TO ENLARGE TIME
TO FILE OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Lorinie N. Huertas (the "Trustee"), through counsel, files this Motion to Enlarge Time to File Objections to Debtor's Claimed Exemptions (the "Motion") pursuant to Fed.R.Bankr.P. 9006(b) and in support thereof, states as follows:

1. This case commenced as a Chapter 7 proceeding on July 17, 2019 and subsequently dismissed on August 6, 2019 [ECF 9]. The case was subsequently reinstated on September 6, 2019 [ECF 19].

2. The § 341 Meeting of Creditors was scheduled and held on November 12, 2019.

3. The deadline for the Trustee to file objections to the Debtor's claimed exemptions is December 12, 2019.

4. After an initial review of the Debtor's petition, documents and schedules, additional information is needed from the Debtor in order for the Trustee to determine whether there is any basis to object to the Debtor's claimed exemptions.

5. Accordingly, counsel for the Trustee requests an enlargement, up to and including, February 10, 2020, for the Trustee to file objections to the Debtor's claimed exemptions.

6. This request is made on behalf of the Trustee, and is not intended as a request for enlargement for any creditor.

7. Fed.R.Bankr.P. 9006(b) provides that the Court may, for cause shown, enter an Order enlarging time, with or without motion or notice, if the request is made before the expiration of the period originally prescribed or as extended.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Lorinie N. Huertas, respectfully requests this Honorable Court enter an Order: (1) finding that cause exists to enlarge the time for the Trustee to file objections to the Debtor's claimed exemptions; (2) enlarging the time for the Trustee to file objections to the Debtor's claimed exemptions, up to and including, February 10, 2020 and (3) granting such other and further relief as this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 11, 2019, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Lorinie N. Huertas
16657 SW 81 Terrace
Miami, FL 33193

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
25 S.E. 2nd Avenue, Suite 248
Miami, Florida  33131
Telephone:    (305) 375-8171
Facsimile:     (305) 381-7708
Jtabas@tabassoloff.com