

**ORDERED in the Southern District of Florida on December 19, 2019.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In Re:  Case No. 19-19495-RAM
LORINIE N. HUERTAS  Chapter 13
SSN: XXX-XX-5197
_____Debtor_____/

### ORDER GRANTING MOTION TO EXTEND THE DEADLINE FOR OBJECTING TO DISCHARGE

THIS CAUSE having come before the court on December 19, 2019 at 10:00 a.m., for a hearing on World O World Corporation's Motion to Extend the Deadline for Objecting to Discharge [DE# 39], the Court, having considered the Motion and based upon the record, and being duly advised in the premises, it is;

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The deadline for filing an Objection to Debtor's Discharge pursuant to §727 of the Bankruptcy Code is extended through and including February 3, 2020.

###

1

**Submitted by:**

David Tybor, Esq.
FBN: 57742
Attorney for Debtor
9000 Sheridan Street #95
Hollywood, FL 33024
Tel: 954-678-8354
Fax: 305-873-8679
david@GTLawyers.com

David Tybor, Esq., is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.